UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICIA RENEE JORDAN, Administratrix for the Estate of Ravon D. Jordan, <br><br> Plaintiff, <br><br> v. <br><br> FAYETTEVILLE METROPOLITAN HOUSING AUTHORITY BOARD, DAWN DRIGGERS, both individually and in her official capacity as Executive Director of Fayetteville Metropolitan Housing *Authority*, THE ESTATE OF SHARION B. HAIR, A'SHANTE JANELLE OWENS, and KATHLEEN CARTER, <br><br> Defendants. | **JUDGMENT** <br> No. 5:16-CV-710-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss and on the memorandum and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2017, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are granted. The plaintiff shall have and recover nothing from this action.

<u>**This Judgment Filed and Entered on March 30, 2017, and Copies To:**</u>

Allen W. Rogers (via CM.ECF Notice of Electronic Filing)
James H. Locus, Jr. (via CM.ECF Notice of Electronic Filing)
Jose A. Coker (via CM.ECF Notice of Electronic Filing)
R. Jonathan Charleston (via CM.ECF Notice of Electronic Filing)
Quintin D. Byrd (via CM.ECF Notice of Electronic Filing)
Camilla Frances DeBoard (via CM.ECF Notice of Electronic Filing)
Kenneth B. Rotenstreich (via CM.ECF Notice of Electronic Filing)

March 30, 2017

PETER A. MOORE, JR., CLERK
 /s/ Susan W. Tripp
(By) Susan W. Tripp, Deputy Clerk